UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————

UNITED STATES OF AMERICA

    - against -

ARTHUR HAYES ET AL.,
              Defendants.
———————————————————————————

20-cr-500 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendants to file a reply to the Government's Opposition to the Motion for a Bill of Particulars is extended to October 22, 2021.

SO ORDERED.
Dated:    New York, New York
          October 13, 2021

                                     _____
                                        John G. Koeltl
                                  United States District Judge