# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 929.294.2540
DIRECT EMAIL jdabbs@kaplanhecker.com

May 11, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
5/11/22

Re:   *United States v. Gregory Dwyer*, No. 1:20-cr-500 (JGK)

Dear Judge Koeltl:

Defendant Gregory Dwyer respectfully writes to request an adjustment to the current schedule for Mr. Dwyer's filing of pre-trial motions. Pursuant to the current scheduling order, Mr. Dwyer's pre-trial motions are due May 13, 2022, the Government's opposition to any such motions is due June 10, 2022, and any reply is due June 24, 2022. (ECF 324.) Consistent with Mr. Dwyer's previous letter to the Court, the parties are continuing to engage in discussions regarding a possible resolution of the matter. (*Id.*) As such, Mr. Dwyer requests that the motion deadlines be adjourned another four weeks, as follows:

- Mr. Dwyer's pre-trial motions due June 10, 2022;

- Government opposition to any such motions due July 8, 2022;

- Reply regarding pre-trial motions due July 22, 2022.

The parties have conferred, and the government consents to the requested adjournment. This is the second request for adjournment as to these deadlines. We appreciate the Court's consideration.

Respectfully submitted,

*[signature]*

Jenna M. Dabbs
*Counsel for Gregory Dwyer*

cc: Assistant United States Attorneys Samuel Raymond, Jessica Greenwood, and Nathan Rehn