# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL  929.294.2540
DIRECT EMAIL  jdabbs@kaplanhecker.com

June 8, 2022

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/9/22

Re:   United States v. Gregory Dwyer, No. 1:20-cr-500 (JGK)

Dear Judge Koeltl:

The parties write to jointly request an adjustment to the current schedule for Mr. Dwyer's filing of pre-trial motions. Pursuant to the current scheduling order, Mr. Dwyer's pre-trial motions are due June 10, 2022, the Government's opposition to any such motions is due July 8, 2022, and any reply is due July 22, 2022. (ECF 333.) Consistent with Mr. Dwyer's previous letters to the Court, the parties continue to engage in discussions regarding a possible resolution of the matter. (*Id.*; ECF 324.) As such, the parties request that the motion deadlines be adjourned another week, as follows:

- Mr. Dwyer's pre-trial motions due June 17, 2022;

- Government opposition to any such motions due July 15, 2022;

- Reply regarding pre-trial motions due July 29, 2022.

This is the third request, and first joint request, for adjournment as to these deadlines. We appreciate the Court's consideration.

Respectfully submitted,

/s/ Jenna M. Dabbs

Jenna M. Dabbs
*Counsel for Gregory Dwyer*

cc: Assistant United States Attorneys Samuel Raymond, Jessica Greenwood, and Nathan Rehn