UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                                20 cr 500 (JGK)

GREGORY DWYER,                                          **ORDER**
                      Defendant.
-----------------------------------------------------------------X

The Court, in imposing sentence, allowed the defendant to have his primary residence outside the United States during his period of one year probation. Therefore, the defendant may retrieve his passport from Pretrial Services.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 18, 2022