UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GREGORY DWYER,

               Defendant.

No. 20-cr-00500-JGK-4

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

I, Justin Horton, declare and state as follows:

1. On October 19, 2021, I filed a Notice of Appearance (ECF No. 155) on behalf of Defendant Gregory Dwyer.

2. As of January 13, 2023, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Mr. Dwyer.

3. Defendant shall continue to be represented by remaining counsel from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Government. I am not asserting a retaining or charging lien.

| | |
|---|---|
| Dated: January 13, 2023 | Respectfully submitted, |

/s/ Justin Horton
Justin Horton
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel: (212) 763-0883
Fax: (212) 564-0883
jhorton@kaplanhecker.com

*Counsel for Defendant*

2