# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 929.294.2540
DIRECT EMAIL jdabbs@kaplanhecker.com

January 23, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.
1/24/23

Re:   *United States v. Gregory Dwyer*, No. 1:20-cr-500 (JGK)

Dear Judge Koeltl:

    We represent Greg Dwyer in the above-referenced matter. We respectfully submit this letter to request that the Court approve the provision by the Clerk's office of wire instructions to Counsel for Mr. Dwyer in order to facilitate payment of the fine that was agreed to by Mr. Dwyer in connection with his plea in this case and imposed by the Court at Mr. Dwyer's sentencing.

    On August 8, 2022, Mr. Dwyer entered a plea of guilty to Count I of the Indictment (ECF No. 2), pursuant to a plea agreement. The plea agreement set forth a stipulated fine of $150,000 (the "Stipulated Fine"). (*See* ECF No. 426, Dwyer Sentencing Tr. 3:18.) The plea agreement required Mr. Dwyer to transfer the Stipulated Fine amount into a U.S. escrow account within 30 days of the guilty plea, a requirement that Mr. Dwyer satisfied.

    On November 16, 2022, the Court sentenced Mr. Dwyer to one (1) year probation and required him to pay a $100 special assessment, and report to the Probation Department within seventy-two hours. (Dwyer Sentencing Tr. 14:3-15:9; *see also* ECF No. 422, Judgment at 2.) The Court also ordered Mr. Dwyer to pay a $150,000 fine. (Dwyer Sentencing Tr. 15:6-9.) Because the PSR noted that Mr. Dwyer had already paid the fine (*see* PSR at 33 n.2, 37), by transferring the funds to an attorney escrow account, the Court noted at sentencing that the fine had already been paid. (Dwyer Sentencing Tr. 10:25; 15:7; *see also* Judgment at 2.) Although Mr. Dwyer transferred the fine amount into an attorney escrow account prior to sentencing, those funds have not yet been transmitted to the United States Government.

    We were informed by the Clerk's Office that it cannot provide Counsel with wire instructions to facilitate the formal payment of the fine without an Order from the Court directing it to provide those instructions to Counsel. Accordingly, we respectfully request that the Court approve the Clerk's office providing those instructions to Counsel.

KAPLAN HECKER & FINK LLP                                                                 2

We appreciate the Court's consideration.

Respectfully submitted,

*[signature]*

Jenna M. Dabbs
*Counsel for Gregory Dwyer*

cc: Assistant United States Attorneys Samuel Raymond, Jessica Greenwood, and Nathan Rehn